STATE OF CONNECTICUT *v.* JOHNNY RAY

The motion by the defendant to stay the proceedings in his appeal from the Superior Court in Fairfield County pending the disposition of other motions related to his appeal is denied.

The motion by the defendant in the appeal from the Superior Court in Fairfield County for this court to review the action of the trial court in modifying bail is denied.

The motion by the defendant in the appeal from the Superior Court in Fairfield County for this court to review the trial court's refusal to dismiss the public defender is denied.

*Johnny Ray,* pro se, on the motions.

Submitted April 9—decided May 6, 1969

MAUREEN E. KELLEHER ET AL. *v.* WALTER J. SMITH

The petition by the plaintiffs for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Charles A. Sherwood,* in support of the petition.

Submitted May 5—decided May 21, 1969

ALFRED CROSS *v.* WARDEN, CONNECTICUT STATE PRISON

The request by the plaintiff dated May 14, 1969, that this court issue a writ of mandamus is dismissed.

*Alfred Cross,* pro se, the plaintiff.